THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

VALERIE ROGOFF, for herself and others similarly situated,

    Plaintiff,

v.

T-MOBILE USA, INC.,

    Defendant.

No. 2:21-cv-01157-BJR

**UNOPPOSED MOTION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER COMPLAINT**

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Defendant T-Mobile USA, Inc., moves the Court to extend T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action for a total of 30 days through October 18, 2021.[1] Plaintiff Valerie Rogoff does not oppose T-Mobile's requested relief.

Good cause exists for this extension. The Complaint contains 148 paragraphs and alleges seven separate counts. ECF No. 1. And as shown in Plaintiff's notices, more than 20 related cases have been filed in this District and elsewhere. ECF Nos. 8, 11. The additional 30 days will allow the parties to discuss global issues and provide T-Mobile time to investigate the allegations in the Complaint. This is the first request for an extension.

---

[1] Thirty days from T-Mobile's current response deadline is Sunday, October 17, 2021. *See* ECF No. 10 (service of process dated August 26, 2021); Fed. R. Civ. P. 12(a). So T-Mobile's new deadline would "run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).

UNOPPOSED MOTION TO EXTEND TIME
(No. 2:21-cv-01157-BJR) - 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00892-BCW    Document 18    Filed 09/16/21    Page 1 of 3

153857933.1

Dated: September 14, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

UNOPPOSED MOTION TO EXTEND TIME
(No. 2:21-cv-01157-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00892-BCW    Document 18    Filed 09/16/21    Page 2 of 3

153857933.1

# ORDER

IT IS SO ORDERED.

Dated this 16th day of September 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented by:

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice forthcoming*)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

UNOPPOSED MOTION TO EXTEND TIME
(No. 2:21-cv-01157-BJR) - 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

153857933.1

Case 4:21-cv-00892-BCW    Document 18    Filed 09/16/21    Page 3 of 3