THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE ROGOFF, for herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>T-MOBILE USA, INC.,<br><br>        Defendant. | No. 2:21-cv-1157-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT** |

Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Valerie Rogoff and Defendant T-Mobile USA, Inc., (the "Parties") stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in this action is continued until December 23, 2021. This is 21 days after the Judicial Panel on Multidistrict Litigation's ("JPML") December 2, 2021 hearing, in which it will likely hear oral arguments on the pending motion to transfer related cases for coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1).

Good cause exists for this extension because, as described above, the JPML currently is considering a motion to transfer this case, among others, for consolidated pretrial proceedings. *See generally, id*. The extension will conserve judicial resources by allowing T-Mobile to continue

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND
(No. 2:21-cv-1157-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154281147.1

Case 4:21-cv-00892-BCW     Document 23     Filed 10/19/21     Page 1 of 3

discussions with Plaintiff's counsel here and counsel in the related cases regarding the most efficient path forward before the JPML's ruling. The extension should also provide enough time for the JPML to rule on the motion to transfer, so the Parties will know which district court's local rules will control this case before T-Mobile responds to Plaintiff's Complaint.

Dated: October 18, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
　　　　KOSullivan@perkinscoie.com
　　　　LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *David B. Owens*
David B. Owens, WSBA No. 53856
**LOEVY & LOEVY**
100 S. King Street, Suite 100
Seattle, WA 98104
david@loevy.com

Michael Kanovitz (*pro hac vice*)
Scott R. Drury (*pro hac vice*)
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
mike@loevy.com
drury@loevy.com

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND
(No. 2:21-cv-1157-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154281147.1

Case 4:21-cv-00892-BCW    Document 23    Filed 10/19/21    Page 2 of 3

# ORDER

IT IS SO ORDERED.

Dated this 19th day of October 2021.

s/Barbara J. Rothstein
Barbara J. Rothstein
U.S. District Court Judge

Presented By:

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
         KOSullivan@perkinscoie.com
         LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO RESPOND
(No. 2:21-cv-1157-BJR) - 3

154281147.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 4:21-cv-00892-BCW   Document 23   Filed 10/19/21   Page 3 of 3